AO 91 (Rev. 02/09) Criminal Complaint

UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.
Israel Torres
*Defendant*

Case No. 17-8085MJ

## CRIMINAL COMPLAINT

I, Jason Saitta, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

Between January 5, 2017, and January 10, 2017, in the District of Arizona, defendant Israel Torres, having previously been convicted on July 9, 2004, of Aggravated DUI with a person under the age of 15 in the vehicle, in Superior Court of Arizona, Maricopa County, case number CR2004-013289-001 and of Aggravated Driving or Actual Physical Control While Under the Influence of Intoxicating Liquor or Drugs on August 3, 2010, in Superior Court of Arizona, Maricopa County, case number CR2009-175836-001, both crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm which had previously been shipped or transported in the interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

I further state that I am a Special Agent with Federal Bureau of Investigation (FBI) and that this complaint is based on the following facts:
**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

AUTHORIZED BY: AUSA Lisa E. Jennis

☒ Continued on the attached sheet.

*Complainant's signature*

Jason Saitta, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 16, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Honorable John Z. Boyle, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Jason Saitta, being duly sworn, hereby depose and say:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), United States Department of Justice, and have been so employed since June 2014. I am currently assigned to the Phoenix Field Office in Phoenix, Arizona. I am a member of the Joint Terrorism Task Force (JTTF) and am responsible for investigating acts of domestic terrorism. As a Special Agent of the FBI, my duties and responsibilities include conducting criminal investigations of individuals and entities for possible violations of federal laws, particularly those laws found in Title 18 of the United States Code.

2. My training in law enforcement includes agency specific training in all aspects of conducting federal criminal investigations, including the planning, preparation, and execution of search warrants. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), authorized to conduct investigations into alleged violations of federal law. Through my experience and training, I know that it is a felony offense for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to receive, possess, or transport any firearm or ammunition in or affecting interstate or foreign commerce according to Title 18, United State Code, Section 922(g)(1).

3. This affidavit is made in support of a criminal complaint and arrest warrant for ISRAEL TORRES ("TORRES") for violation of Title 18, United States Code, Section

1

TORRES posted, "There she is!!! Very satisfied with the finished product. I asked for a two tone mirror polish and Joe at Amigo Arms delivered! I will retire this beauty but will carry it to show it off" along with 12 photographs of a silver and black Colt 1911. In several of the photographs, there is a live bullet photographed with the firearm.

5. On January 7, 2017, TORRES posted a video to his Instagram account (User ID: bqgbrotherhood1776) where all sides of the Colt 1911, picked up from Amigo Arms on or about January 5, 2017, are displayed. The video shows the firearm is a .45 caliber, Colt model M1991A1, Series 80, serial number CV12855 which is not manufactured in Arizona and has therefore travelled in or affected interstate or foreign commerce.

6. On January 10, 2017, TORRES posted a video to his Instagram account (User ID: bqgbrotherhood1776) showing him firing eight rounds from a handgun believed to be the .45 caliber, Colt model M1991A1, Series 80, serial number CV12855 shown in the January 7, 2017, video. In reference to the January 10, 2017, shooting video, TORRES writes "She works flawlessly ;) #paper #targets #45 #fmj #colt #beautifulday #beautiful #pistol @amigo_arms". TORRES also writes in response to two posters' comments "Thanks brothers! I ran about 100 rounds through it, the polish didn't change one bit".

7. In the January 10, 2017, video, after all of the ammunition had been fired and the firearm locked back in the empty position, the shooter turns and faces the camera.

The individual who had just shot the handgun closely resembles the picture from TORRES Arizona driver's license photo taken in March 2010.

6. On July 9, 2004, Israel TORRES was convicted in Superior Court of Arizona, Maricopa County of Aggravated DUI with a person under the age of 15 in the vehicle, a Class 6 undesignated felony, case number CR2004-013289-001. On March 11, 2010, this conviction was designated as a felony.

7. On August 3, 2010, Israel TORRES was convicted in Superior Court of Arizona, Maricopa County of Aggravated Driving or Actual Physical Control While Under the Influence of Intoxicating Liquor or Drugs, a Class 4 felony, case number CR2009-175836-001.

8. For these reasons, this affiant submits that there is probable cause to believe that between January 5, 2017 and January 10, 2017, Israel TORRES, a felon, did knowingly possess a firearm which had previously been shipped or transported in the interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

Jason L. Saitta
Special Agent, FBI

Sworn and subscribed to before me this 16th day of February, 2017

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge